**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

August 1, 2022

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                                           Re: *United States v. Christopher Gunn,* 22-CR-314

Dear Judge Gonzalez:

      With the consent of the government and pretrial services, I am writing to respectfully request that the Court amend Mr. Gunn's bail conditions to allow other family members in his home to use their own internet-enabled, password-protected devices. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

      Accordingly, I respectfully request that the Court modify Mr. Gunn's conditions of release to allow the internet to remain active in the home for use only by his family members.

                                                       Respectfully Submitted,

                                                         /s/

                                                   Allegra Glashausser

                                                 Assistant Federal Defenders