# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

**David Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

August 2, 2022

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Christopher Gunn,* 22-CR-314

Dear Judge Gonzalez:

    With no objection from the government or pretrial services, I am writing to respectfully request that the Court permit Mr. Gunn to leave his home to renew his driver's license. Mr. Gunn will need a renewed license to be able to travel to his court-ordered mental health treatment. If the Court grants this request, pretrial services will coordinate with Mr. Gunn and give him a schedule for this trip.

Respectfully Submitted,

/s/

Allegra Glashausser

Assistant Federal Defenders