**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

February 9, 2023

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Christopher Gunn,* 22-CR-314

Dear Judge Gonzalez:

    I am respectfully renewing my request to modify Mr. Gunn's bond conditions from home confinement to a curfew. After court today, I was able to speak to pretrial and they do not object to this change.

                                    Respectfully Submitted,

                                      /s/

                                    Allegra Glashausser

                                    Assistant Federal Defenders