

U.S. Department of Justice

United States Attorney
Eastern District of New York

MWG
F. #2022R00544

271 Cadman Plaza East
Brooklyn, New York 11201

February 24, 2023

By ECF

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Christopher Gunn
                Criminal Docket No. 22-314 (HG)

Dear Judge Gonzalez:

      Pursuant to the Court's Order dated February 9, 2023, the government respectfully submits this letter regarding the status of plea negotiations in this case.

      The parties have not yet reached an agreement to resolve this case without the need for a trial. However, as the parties stated at the last status conference held on February 9, 2023, the parties have had meaningful discussions concerning a possible disposition of this case. Those discussions are ongoing, and the government is currently considering the defendant's request for a non-felony disposition.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ Michael W. Gibaldi
        Michael W. Gibaldi
        Assistant U.S. Attorney
        (718) 254-6067

cc:    Clerk of the Court (HG) (by ECF)
       Counsel of Record (by ECF)