# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

April 14, 2023

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Christopher Gunn,* 22-CR-314

Dear Judge Gonzalez:

In light of the government's letter of April 3, I am respectfully writing to request that the court remove the home confinement condition from Mr. Gunn's bond and allow Mr. Gunn to move in and out of his home without restriction.

The government and pretrial consent to this request.

Respectfully Submitted,

/s/

Allegra Glashausser

Assistant Federal Defenders

1