**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

April 26, 2023

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Christopher Gunn,* 22-CR-314

Dear Judge Gonzalez:

In lieu of the status conference scheduled for tomorrow, Mr. Gunn respectfully requests that the Court set a date for the government to respond to the defense motion to dismiss. I understand that the government requests that this response date be set for May 22.

Respectfully Submitted,

/s/

Allegra Glashausser

Assistant Federal Defenders

1