

U.S. Department of Justice

United States Attorney
Eastern District of New York

MWG
F. #2022R00544

271 Cadman Plaza East
Brooklyn, New York 11201

April 26, 2023

By ECF

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Christopher Gunn
                 Criminal Docket No. 22-314 (HG)

Dear Judge Gonzalez:

      The government respectfully submits this letter to join in the defendant's request to adjourn the status conference currently scheduled for April 27, 2023. Further, in light of the defendant's pending motion to dismiss, as well as the parties' continued negotiations over the terms of a potential deferred prosecution agreement, the government respectfully requests that the Court exclude time under the Speedy Trial Act between April 27, 2023, and a control date of June 2, 2023. The government submits that such exclusion of time is appropriate in light of the pending motion to dismiss and, given the ongoing negotiations regarding a deferred prosecution agreement, would serve the ends of justice. See 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7).

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ Michael W. Gibaldi
       Michael W. Gibaldi
       Assistant U.S. Attorney
       (718) 254-6067

cc:    Clerk of the Court (HG) (by ECF)
       Counsel of Record (by ECF)