

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MWG
F. #2022R00544

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 4, 2023

By ECF

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Christopher Gunn
                Criminal Docket No. 22-314 (HG)

Dear Judge Gonzalez:

      The government respectfully submits this joint status report to advise the Court that the parties have agreed to the terms of a Deferred Prosecution Agreement, which they intend to execute in person on May 9, 2023.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    */s/ Michael W. Gibaldi*
      Michael W. Gibaldi
      Assistant U.S. Attorney
      (718) 254-6067

cc:    Clerk of the Court (HG) (by ECF)
        Counsel of Record (by ECF)