

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MWG
F. #2022R00544

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 11, 2023

By ECF

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Christopher Gunn
           Criminal Docket No. 22-314 (HG)

Dear Judge Gonzalez:

      The government respectfully submits this status report to advise the Court that, to the government's knowledge, the defendant has remained in compliance with the terms of the Deferred Prosecution Agreement executed on May 9, 2023.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    */s/ Michael W. Gibaldi*
      Michael W. Gibaldi
      Assistant U.S. Attorney
      (718) 254-6067

cc: Clerk of the Court (HG) (by ECF)
     Allegra Glashausser, Esq. (by ECF)
     Bianca Carter, U.S. Pretrial Services (by E-Mail)